FILED IN CLERK'S OFFICE
U.S.D.C. Rome

JUN 08 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

LF 028
(Rev. 11/04/2019)

# PRISONER CIVIL RIGHTS COMPLAINT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Corey Ashe #1120622
_____
(Enter above the full name and prisoner
identification number of the plaintiff, GDC
number if a state prisoner.)

-vs-

Tyrone Oliver; Joshua Jones;
Regional Agent (Ford); Brian Owens;
Derrick Schofield; Harris Hodges; etc.--
(Enter above the full name of the defendant(s).)

4:26-CV- 149

---

## NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the Court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

**I.    Previous Lawsuits**

A.    Have you filed other lawsuits in federal court while incarcerated in any institution?

Yes (✓)    No ( )

B.    If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.    Parties to this previous lawsuit:

Plaintiff(s): (See Attachment Added to this application)
_____

1

LF 028
Rev. 11/04/2019

Defendant(s): _(See Attachment)_____

2. Court (name the district): _____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Did the previous case involve the same facts?

   Yes ( )    No ( )

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): _____

7. Approximate date of filing lawsuit: _____

8. Approximate date of disposition: _____

II. Exhaustion of Administrative Remedies
Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Place of Present Confinement: _Hays State Prison_____

B. Is there a prisoner grievance procedure in this institution?

   Yes (✓)    No ( )

C. Did you present the facts relating to your complaint under the institution's grievance procedure?

   Yes (✓)    No ( )

D. If your answer is YES:
   1. What steps did you take and what were the results?
   I went through the entire grievance process and received no results. I sent Notice of Deliberate Indifference to Commissioner Executives and Facility directors.

2

LF 028
Rev. 11/04/2019

2.    If your answer is NO, explain why not: _____

III.    **Parties**
(In item A below, place your name in the first blank and place your present address in the second blank.)

A.    Name of Plaintiff: _Corey Ashe #1120622_

Address(es): _Hays State Prison P.O. Box 668 Trion, GA 30753_

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B.    Defendant(s): _Tyrone Oliver Commissioner; Joshua Jones Warden; Ford Regional Office; Brian Owens and Derrick Schofield Commissioner Executive office; Harris Hodges Director_

Employed as _Commissioner(s); Warden; Regional Director(s)_

at _Hays State Prison @ P.O. Box 668 Trion, GA 30753 2 Martin Luther King Dr. 866 Two Towers East Atlanta GA 30334_

IV.    **Basis for Jurisdiction**
Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply):*

( ) Federal official (a *Bivens* claim)
(✓) State or local officials (a § 1983 claim)

3

LF 028
Rev. 11/04/2019

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

First, Eighth, and Fourteenth Amendment Rights

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

V.  **Prisoner Status**
Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

( ) Pretrial detainee
( ) Immigration detainee
(✓) Convicted and sentenced state prisoner
( ) Convicted and sentenced federal prisoner
( ) Other *(explain)*

VI.  Statement of Claim
State here as briefly as possible the facts of your case.  Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them.  **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

Tyrone Oliver for over 18 months has ordered Joshua Jone and a Regional Director Nam (Ford) to place me inside an unsanitary cell sleeping on a concrete slab with back injuries from an order assault and battery ordered by the Commissioner Tyron Oliver. My cell has poor or next to no ventilation at all which make eyes cloudy and hurt from extreme dust inside my cell. I had to suffer extreme cold whether for to winter 2025 and this year 2026 with no heater to work inside my room I suffered extreme heat last summer without a fan to the point where I passe out, and now this summer is the same issue. I have continue to suffer inside my one cell with bits or attacks from (Ants), (Roaches) (Spiters) invading my room countless time all through out the night as I try to rest whenever I can. I have continued to suffer attacks from food poisoning as they're using a cl substance like water but it not water, It donot even have a smell to it once. contaminate my body with it as they use it in different way, they may set my m or veggies in it or put it in my grits or rice. It cause me issues like I am abou to pass out or die from the extreme pain as sharp pain through nerves all over head to my neck and including sharp pain behind my eye balls as all that's a

4

LF 028
Rev. 11/04/2019

not stop or go away At all until my body reject the poison and make me vomit. So days I would be sick Fighting sleep For days. The longest was a week stright. Once I am poisoned it only attack me with sharp pain inside my head when I lay down only I can't explain why. Medical has refuse to help or switch up my diet even tho I have request vegan to Chaplain and the Doctor For months no help. I just got over vomitting or being sick before I Filed this claim 5-23-26. I have no clean drinking water as my cup or bottles mildoo or mold over time with the water I drink nothing else. I have to suffer through smelling dead rats in my vent that do not work, or being exposed to other deranged behavior from mental health inmates who Flood the area every room with tollet water, Feces, urine, blood or they put it inside the vent and on the walls For over 18 months I have no received any gloves, tollet brush, blench, rags, towels as I have been exposed to mold which one of the above cause me to have extreme rashes in my private part for over a year I can't seem to make go away. I recently received a new Hydrocortisone Cream on 5-5-2026 to help control the issue. On 4-10-25 Brian Owens, Derrick Schofield Exective office and harris Hodges all was served NOTICE OF Deliberate Indifferance, and Notice on March 11, 2025 was delivered to Gregory C.Dozier Director of Risk Management was served with "Ante Litem Notice" As no one. After Notice was willing to help resolve the matter of my explain situation or matter. Tyrone order agents covered in masks without any name tags on their unit Forms to attack me through assault and battery causing life time injury which has worsen since the attack, order Jones to File a False report on 1-2-25 when the only incident was their attack. Place me in unsanitary close management For over 18 month with the same Agent(s) with masks to cover their identity visiting me with assault(s) or threats as intimidation tactics causing me severe panic attacks, with heart palpitations and chest pain and nightmares with little sleep.

### VII. Injuries
If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Cloudy itchy eyes, Extreme Rashes, Freezing cold, Extremely hot, vommitting, panic Attacks, chest pain, severe headaches, hearing voices and knocks on my door when no one is there mental illness, Nerve damages my hand shakes uncontrollable. Major sickness

### VIII. Relief
State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes. If requesting money damages, include the amounts of any actual and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I seek a jury trial to receive justice For all I have been put through I wish to have all unjustified restriction removed, receive proper medical treatment in relation to my back or spin, receive Food that is eatable For humans without clear poison liqund, to put a stop to corrupt officers in mask with weapons and no name tags attacking inmates concealing their idenity while doing so. Compensitary damages and punitive damages For my suffering and life injuries.

LF 028
Rev. 11/04/2019

Signed this ___24ᵗʰ___ day of ___May_____, 20_26_.

_____
Signature of Plaintiff

STATE OF ___Georgia_____
COUNTY (CITY) OF ___Chattooga_____

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON ___5·24-26_____
(Date)

_____
Signature of Plaintiff

Attachment to Prisoner Civil Rights Complaint.

I. Previous Lawsuits

(B.)

1. Corey Ashe v. ALISA HAMMOND-EVANS, et al,

2. Northern District of Georgia Rome Division

3. 4:25-cv-314-WMR-JHR

4. William M. Ray II

5. ☐ Yes

6. The case was dismiss For Failure to mention proir cases on application, I did not

Appeal, case is Not pending

7. Date of Filing I do not recall

8. Date of disposition entered on 03/03/2026

1. Corey Ashe, ☐ Aire NationSole Corporation V. Ga. Dep't of Fin. & Banking et al.

2. Northern District of Georgia Atlanta Division

3. 1:24-cv-5700-LMM

4. Linda T. Walker

5. ☐ NO

6. The case was dismiss as Frivolous based on the Fact that many defendant(s) had nothing to do with the original act, plus the original application was File by Aire Nation Sole Corporation and not by plaintiff as a prisoner under (PLRA).

7. Filed Dec. 12, 2024.

8. Disposition date was Around August 2025.

1. Corey Ashe v. Clayton Cnty. Sheriff Dep't,

2. Northern District of Georgia Atlanta Division

3. 1:15-cv-2759-AT

4. I do not remember

5. No

6. I was released From custody back to the general public And Fail to exhaust

7. Filed Aug. 3, 2015

8. I do not Know

2 of 3

1. Corey Ashe v. Clayton Cnty. Dist. Atty off
2. Northern District of Georgia Atlanta Division
3. 1:15-cv- 2502-AT
4. I do not remember
5. NO
6. I was released from custody back to the general public and could not exhaust remedy.
7. Filed July 13, 2015
8. I do not know

1. Corey Ashe v. Clayton Jud. Cir.,
2. Northern District of Georgia Atlanta Division
3. 1:15-cv- 2443-AT
4. I do not remember
5. NO
6. I was released from custody back to the general public and could not exhaust remedy.
7. Filed July 8, 2015
8. I do not know

1. Corey Ashe v. Clayton County Sheriff Dep't
2. Northern District of Georgia Atlanta Division
3. 1:15-cv- 2442-AT
4. I do not remember
5. NO
6. Before I was released from custody I had not yet received a response so I refiled in August after I was released and could not exhaust remedy.
7. Filed July 8, 2015.
8. I do not know

1. Corey Ashe v. Unnamed
2. Northern District of Georgia Atlanta Division
3. 1:14-cv- 2683-AT
4. I do not remember
5. NO
6. I was released from custody back to the general public and could not exhaust remedy
7. Aug. 18, 2014
8. I do not know

1. Corey Ashe v. Cobb Cnty Police Dep't
2. Northern District of Georgia Atlanta Division
3. 1:13-cv-3777-AT
4. Linda T. Walker
5. NO
6. I was re-arrested and lost track of the court's communication to respond.
7. Filed Nov. 13, 2013
8. Final Disposition March 11, 2015

1. Corey Ashe v. Unnamed
2. Northern District of Georgia Atlanta Division
3. 1:13-cv-2930-RLV
4. I don't remember
5. NO
6. I was released to general public before the court's response to application
7. Filed Aug. 27, 2013
8. I do not know

1. Corey Ashe v. Trinity Food Service
2. Northern District of Georgia Atlanta Division
3. 1:11-cv-171-█RLV
4. I don't remember
5. NO
6. I was released back to the general public and chose to drop the claim through a private agreement with the sheriff investion officer.
7. Filed Jan 18, 2011
8. I do not recall

1. Corey Ashe v. Dekalb Cnty Detention Center
2. Northern District of Georgia Atlanta Division
3. 1:11-cv-170-RLV
4. I don't recall
5. NO
6. I was released to general public went by the sheriff office and work out a private agreement with the sheriff investigation investigating officer to drop the case.
7. Jan 18, 2011.
8. I do not recall.